IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMEISHA JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>BLUESTEM BRANDS, INC.,<br>dba FINGERHUT,<br><br>    Defendant.<br>                             / | No. C 17-03975 WHA<br><br>**ORDER AUTHORIZING PRODUCTION OF CELLULAR TELEPHONE RECORDS TO PLAINTIFF KAMEISHA JOHNSON** |

      Plaintiff Kameisha Johnson filed this action alleging violation of the Telephone Consumer Protection Act ("TCPA") based upon pre-recorded phone calls that defendant Bluestem Brands, Inc. allegedly made to her cell phone. Johnson's telephone records will be a critical piece of evidence in this action. *See* 47 U.S.C. 227 *et seq*. Ordinarily, a cell phone user is able to request the records associated with her own telephone number without court order. Johnson, however, maintains a pre-paid plan, and therefore requires a court order for release of her call records (*see* Dkt. No. 19-3; Cal. Code Civ. Proc. § 1985.3(f)).

      Accordingly, Johnson now moves for an order authorizing third-party Metro PCS to release the telephone records for her phone during the relevant period between February 1, 2016 and February 28, 2017 (Dkt. No. 19-1). Defendant consents to the relief requested (*ibid*.)

      This order finds that there is good cause for the release of Johnson's cell phone records during the period of time relevant to this suit. Accordingly, her motion for an order authorizing Metro PCS to release to her telephone records for the phone number 510-776-3174, for the period between February 1, 2016 and February 28, 2017 is hereby **GRANTED**. Metro PCS is

authorized to produce the corresponding subpoenaed telephone records to Plaintiff's counsel, Kimmel & Silverman, P.C., 30 East Butler Pike, Ambler, PA 19002.

**IT IS SO ORDERED.**

Dated: November 16, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE